McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANELY MCDANIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____) | CV-F 04-6596 DLB <br><br> STIPULATION AND <br> ORDER TO EXTEND <br> TIME |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from June 20, 2005 to July 20, 2005.

This is defendant's first request for an extension of time to file defendant's opposition to plaintiff's opening brief.

///
///
///
///
///
///
///

Due to a heavy caseload, defendant requests additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: June 7, 2005          /s/ Henry Reynolds
                             (As authorized via facsimile)
                             HENRY REYNOLDS
                             Attorney for Plaintiff


Dated: June 7, 2005          McGREGOR W. SCOTT
                             United States Attorney


                             /s/ Kimberly A. Gaab
                             KIMBERLY A. GAAB
                             Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 9, 2005**             **/s/ Dennis L. Beck**
3c0hj8                            UNITED STATES MAGISTRATE JUDGE